UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | LA CV16-01110 JAK (JEMx) | Date | May 16, 2016 |
|---|---|---|---|
| Title | Javier Ortiz, et al. v. Seterus, Inc., et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Anthony P. Cara | Andrew J. Mase |

**Proceedings:** **PLAINTIFFS' MOTION TO REMAND (DKT. 12)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Motion to Remand (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and an order will be issued.

The scheduling conference is not held and will be rescheduled, if necessary, upon the issuance of the Court's final order on the Motion. However, the dates in the parties' Joint Report are acceptable subject to a few minor changes so that they conform to those dates on which the Court has hearings. Dkt. 19.

**IT IS SO ORDERED.**

                                                                         : 24

Initials of Preparer   ak